1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7                  FOR THE DISTRICT OF ARIZONA

8

9   Ruby Dolezal,                          )
                                           )    No. CV-05-1212-PHX-ECV
10                 Plaintiff,              )
                                           )
11  vs.                                    )
                                           )    **CASE MANAGEMENT ORDER**
12  Howard Bond, et ux., et al.,          )
                                           )
13                 Defendants.             )
                                           )
14  _____)

15        On  July 18, 2006   , a Case Management Conference was held pursuant to Rule 16(b)

16  of the Federal Rules of Civil Procedure.  The parties met before the conference in accordance

17  with Rule 26(f) and prepared a Case Management Report.   On the basis of the Case

18  Management Conference and the Case Management Report,

19  **IT IS HEREBY ORDERED:**

20        1.     Deadline for Initial Disclosures.  Initial disclosure required by Federal Rule of

21  Civil Procedure 26(a), if not already exchanged, shall be exchanged no later than  **July 25,**

22  **2006**   .  The parties shall file with the Clerk of the Court a Notice of Initial Disclosure, rather

23  than copies of the actual disclosures.

24        2.     Discovery Limitations.  Depositions in this case shall be limited to seven hours

25  each as provided in Rule 30(d)(2) of the Federal Rules of Civil Procedure.  Each side is limited

26  to eight non-party fact-witness depositions and forty (40) single-part interrogatories. Each side

27  may also propound up to 40 requests for production of documents, including subparts, and up

28  to 40 requests for admissions, including subparts.  The limitations set forth in this paragraph

1   may be increased by mutual agreement of the parties, but such an increase will not result in an

2   extension of the discovery deadlines set forth below.

3         3.      Deadline for Completion of Fact Discovery.  The deadline for completing fact

4   discovery shall be ___**August 31, 2006**___.  To ensure compliance with this deadline, the

5   following rules shall apply:

6         a.      Depositions:  All depositions shall be scheduled to commence at least five

7   working days prior to the discovery deadline.  A deposition commenced five days prior to the

8   deadline may continue up until the deadline, as necessary.

9         b.      Written Discovery:   All interrogatories, requests for production of

10  documents, and requests for admissions shall be served on or before **July 31, 2006.**

11        4.      Deadlines for Disclosure of Experts and Completion of Expert Discovery.[1]

12        a.      The Plaintiff and Defendants shall provide full and complete expert

13  disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later

14  than __**August 11, 2006**__.

15        b.      Rebuttal expert disclosure, if any shall be made no later than __**August 31,**

16  **2006**__.  Rebuttal experts shall be limited to responding to opinions stated by initial

17  experts.

18        c.      Expert depositions shall be completed no later than ___**September 15,**

19  **2006**___.  As with fact witness depositions, expert depositions shall be scheduled to commence

20  at least five working days before the deadline.

21  _____

22        [1]Any testifying expert witness (regardless of whether such expert witness has or has not been
    specifically retained for this case or is an employee of the calling party) shall provide a written report
23  to the adverse party as required by Rule 26(a)(2)(B).  *See, Minnesota Mining and Manufacturing Co.*
    *v. Signtech USA, Ltd.*, 177 F.R.D. 459 (D. Minn. 1998).  No expert witness not timely disclosed will
24  be permitted to testify unless the party offering such witness demonstrates:  (a) that the necessity of
    such expert witness could not have been reasonably anticipated at the time of the deadline for
25  disclosing such expert witness; (b) the Court and opposing counsel or unrepresented party were
    promptly notified upon discovery of such expert witness; and (c) that such expert witness was promptly
26  proffered for deposition.  *See, Wong v. Regents of the University of California*, __ F.3d __ (9th Cir.,
    August 18, 2004); Rule 37(c)(1), Federal Rules of Civil Procedure.
27

28

1    5.    Discovery Disputes.

2         a.    The parties shall not file written discovery motions without leave of Court.[2]

3 If a discovery dispute arises, the parties promptly shall contact the Court to request a telephonic

4 conference concerning the disputes.  The Court will seek to resolve the dispute during the

5 telephonic conference, and may enter appropriate orders on the basis of the telephone

6 conference.  The Court may order written briefing if it does not resolve the dispute during the

7 telephone conference.

8         b.    Parties shall not contact the Court concerning a discovery dispute without

9 first seeking to resolve the matter through personal consultation and sincere effort as required

10 by LRCiv 7.2(j).  Any briefing ordered by the Court shall also comply with LRCiv 7.2(j).

11         c.    Absent extraordinary circumstances, the Court will not entertain fact

12 discovery disputes after the deadline for completion of fact discovery, and will not entertain

13 expert discovery disputes after the deadline for completion of expert discovery.

14    6.    Deadline for Filing Dispositive Motions.

15         a.    Dispositive motions shall be filed no later than   **September 15, 2006**

16 .  Such motions must comply in all respects with the Federal Rules of Civil Procedure and the

17 Local Rules.

18         b.    No party shall file more than one motion for summary judgment under Rule

19 56 of the Federal Rules of Civil Procedure unless permission is first obtained, by joint telephone

20 call, from the Court.

21         c.    Failure to respond to a motion within the time periods provided in LRCiv

22 7.2 will be deemed a consent to the denial or granting of the motion and the Court may dispose

23 of the motion summarily pursuant to LRCiv 7.2(i).

24

25

26

27    [2]The prohibition on "written discovery motions" includes any written materials delivered or faxed to the Court, including hand-delivered "correspondence" with attachments.

28

1          d.      Pursuant to LRCiv 7.2(f), a party requesting an oral argument on any

2   motion shall place the words "Oral Argument Requested" immediately below the title of the

3   motion or the response to the motion .  If the Court determines that an oral argument is

4   appropriate, a Minute Entry Order scheduling oral argument will be issued.

5          7.      Deadline for Engaging in Good Faith Settlement Talks.  All parties and their

6   counsel shall meet in person and engage in good faith settlement talks no later than  **July 30,**

7   **2006**     .  Upon completion of such settlement talks, and in no event later than five working

8   days after the deadline set forth in the preceding sentence, the parties shall file with the Court

9   a joint Report on Settlement Talks executed by or on behalf of all counsel.  The Report shall

10  inform the Court that good faith settlement talks have been held and shall report on the outcome

11  of such talks.  The parties shall indicate whether assistance from the Court is needed in seeking

12  settlement of the case.  The parties shall promptly notify the Court at any time when settlement

13  is reached during the course of this litigation.

14         8.      Deadline for Notice of Readiness for Pretrial Conference.  The Plaintiff(s) shall

15  notify the Court that the parties are ready for scheduling of a Final Pretrial Conference pursuant

16  to Rule 16(d) of the Federal Rules of Civil Procedure.  The Plaintiff(s) shall file and serve this

17  notice within ten days after the dispositive motion deadline if no dispositive motions are

18  pending on that date.  If dispositive motions are pending, Plaintiff(s) shall file and serve such

19  notice within ten days after the resolution of dispositive motions.  The Court will then issue an

20  Order Setting Final Pretrial Conference that (a) sets deadlines for briefing motions in limine,

21  (b) includes a form for the completion of the parties' joint proposed Final Pretrial Order, and (c)

22  otherwise instructs the parties concerning their duties in preparing for the Final Pretrial

23  Conference.  A firm trial date will be set at the Final Pretrial Conference.[3]

24

25  _____

26         [3]To accommodate the schedules of the parties, witnesses and counsel and if the parties concur,
    the Court will set a firm trial date for a day and time requested by counsel.  Counsel may submit a
27  stipulation requesting a specific proposed trial date at any time.

28

- 4 -

9.    The Deadlines Are Real.  The parties are advised that the Court intends to enforce the deadlines set forth in this Order, and should plan their litigation activities accordingly.

**IT IS FURTHER ORDERED** setting this matter for trial to the court on **Monday, October 23, 2006 at 9:00 a.m.** before the Honorable Edward C. Voss, Courtroom 304.

DATED this 18th day of July, 2006.

_____
Edward C. Voss
United States Magistrate Judge